# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-24-00185-CV

---

**Elizabeth Marie Conn, Appellant**

**v.**

**Devin Patrick Conn, Appellee**

---

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-22-000423, THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Elizabeth Marie Conn has filed an unopposed motion to abate this appeal until a supplemental reporter's record, which she has requested due to missing exhibits, is filed with this Court. We grant the motion and abate the appeal. A supplemental reporter's record containing the missing exhibits shall be filed with this Court by **January 21, 2025**. *See* Tex. R. App. P. 34.6(d). The appeal will be reinstated after the supplemental reporter's record is filed.

Before Chief Justice Byrne, Justices Triana and Kelly

Abated

Filed: December 20, 2024